CARLIE CHRISTENSEN, Acting United States Attorney (No. 633)
JOHN W. HUBER, Assistant United States Attorney (No. 7226)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah   84111
Telephone:  (801) 524-5682
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:14-cr-00470-RJS-BCW |
| Plaintiff, | : | MOTION TO DISMISS INFORMATION AS TO |
| v. | : | DEFENDANT JAY DEMAR REDD |
| | : | |
| JAY DEMAR REDD, | | Judge Robert J. Shelby |
| | : | Magistrate Judge Brooke C. Wells |
| Defendant. | | |
| | : | |
| | : | |

_____

The United States, by and through the undersigned Assistant United States Attorney, respectfully submits this motion to dismiss the information on file as it relates to Jay Demar Redd.   Through counsel, Mr. Redd has provided evidence to the United States subsequent to the filing of the information that negates the requisite state of mind to support the criminal charges against him in the information.   Based upon this newly provided evidence, and in the interests of serving justice, the United States requests that

1

the Court enter an order dismissing the charges against Mr. Redd in this matter. The United States intends to file a superseding information to conform with the Court's order of dismissal in the event that the Court grants this motion.

SUBMITTED this 7th day of November, 2014.

                                       CARLIE CHRISTENSEN
                                       Acting United States Attorney

                                       /s/ John W. Huber
                                       JOHN W. HUBER
                                       Assistant United States Attorney